FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 3:38

PD

NEIL T. O'DONNELL
ATKINSON, CONWAY & GAGNON
Attorneys for Steve Van Goor
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RIGHT TO LIFE POLITICAL ACTION COMMITTEE and MICHAEL W. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY M. FELDMAN, in his official capacity as member of the Alaska Commission on Judicial Conduct, NANCY NOLAN, in her official capacity as member of the Alaska Commission on Judicial Conduct, PATRICIA COLLINS, in her official capacity as member of the Alaska Commission on Judicial Conduct, BEN J. ESCH, in his official capacity as member of the Alaska Commission on Judicial Conduct, THOMAS NAVE, in his official capacity as member of the Alaska Commission on Judicial Conduct, PETER ASCHENBRENNER, in his official capacity as member of the Alaska Commission on Judicial Conduct, RICHARD L. BURTON, in his official capacity as member of the Alaska Commission on Judicial Conduct, ETHEL L. STATON, in her official capacity as member of the Alaska Commission on Judicial Conduct, and STEVE VAN GOOR, in his official capacity as Alaska Bar Counsel,<br><br>Defendants. | **LIMITED OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF JUDGMENT IN FAVOR OF DEFENDANT STEVE VAN GOOR**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-239 CIV (RRB) |

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

85

This Court previously dismissed Plaintiffs' claims against Defendant Steve Van Goor; concluded those claims were "weak, at best, and unnecessary;" and awarded Mr. Van Goor $8,794.87 in costs and attorney fees pursuant to 42 U.S.C. § 1988. The Court's characterization of Plaintiffs' claims was accurate. Plaintiffs have not appealed the dismissal of their claims against Mr. Van Goor. Plaintiffs have only appealed the award of costs and attorney fees against them.

Mr. Van Goor does not oppose Plaintiffs' request for leave to deposit funds sufficient to pay the judgment in the Court's registry pending the outcome of the appeal. In order to cover the interest and costs that may accrue on appeal, the amount of the deposit should be $11,000. Alternatively, Plaintiffs could easily do what most litigants do, obtain a supersedeas bond.[1]

Mr. Van Goor does object to Plaintiffs' alternative request for a total exemption from posting any type of security for payment of the judgment. Plaintiffs seek to prevent Mr. Van Goor from executing on the judgment for approximately two years and, once the judgment is affirmed, force Mr. Van Goor to then try to find sufficient assets to satisfy the judgment from a reportedly impecunious "small ideological group" and, according to a summary affidavit filed without supporting documentation, an alleged

---

[1] Plaintiffs do not state where they obtained their quote for a supersedeas bond at a cost of $2,000, but the undersigned firm obtained a quote for an $11,000 bond at a cost of $250 per year plus a $25 processing fee. (Affidavit of Mary Ann Gallipeo)

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

LIMITED OPPOSITION TO PLAINTIFF'S
MOTION FOR STAY OF JUDGMENT IN
FAVOR OF DEFENDANT STEVE VAN GOOR
Alaska Right to Life Political Action Committee v. Feldman – Case No. A04-239 CIV (RRB)
Page 2
82103/4392.10

millionaire who has no liquid assets. This is absurd and unsupported by the cases cited by Plaintiffs. There is no reason to excuse Plaintiffs from the rules that apply to all other litigants.

DATED this **8/h** day of December, 2005.

> ATKINSON, CONWAY & GAGNON
> Attorneys for Steve Van Goor
>
> By _/s/ Neil T. O'Donnell_
> Neil T. O'Donnell
> ABA #8306049

I certify that on December **8**, 2005,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

( ✓ ) Mail
(   ) Facsimile
(   ) Hand Delivery

Will Sherman
1042 H Street
Anchorage, AK 99501

James Bopp, Jr.
Thomas Marzen
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, IN 47807

Jan Hart DeYoung
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

_/s/ Neil T. O'Donnell_
Neil T. O'Donnell

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

LIMITED OPPOSITION TO PLAINTIFF'S
MOTION FOR STAY OF JUDGMENT IN
FAVOR OF DEFENDANT STEVE VAN GOOR
Alaska Right to Life Political Action Committee v. Feldman – Case No. A04-239 CIV (RRB)
Page 3
82103/4392.10