FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 4:30

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Jan Hart DeYoung, Assistant Attorney General
1031 W 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-6612
Fax: (907) 258-4978
jan_deyoung@law.state.ak.us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA RIGHT TO LIFE PAC, and Michael )
W. Miller, )
 )
            Plaintiffs, )
 )
v. )
 )
JEFFREY M. FELDMAN, in his official )
capacity as member of the Alaska Commission )
on Judicial Conduct, et al., )
 )
            Defendants. )   Civil No. A 04-239 CIV (RRB)
_____)

**COMMISSION DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR STAY OF JUDGMENT**

Commission Defendants do not take a position on this motion.

Dated: December 12, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Jan Hart DeYoung
Assistant Attorney General
Alaska Bar No. 7907069

Attorney for Jeffrey M. Feldman,
Nancy Nolan, Patricia Collins, Ben
J. Esch, Thomas Nave, Peter
Aschenbrenner, Richard Burton,
Ethel L. Staton

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**CERTIFICATE OF SERVICE**
This is to certify that on this date a true and correct copy of **COMMISSION DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR STAY OF JUDGMENT** in this proceeding was served by first class U.S. Mail on the following:

Will Sherman
645 G Street
Anchorage, AK  99501

James Bopp, Jr.
Thomas Marzen
1 South 6th Street
Terre Haute, IN 478074

Neil T. O'Donnell
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK  99501-1989

*[signature]*  12/12/05

Comm'n Defs. Resp. to Mot. for Stay
*Alaska Right to Life, PAC v. Feldman*, A04-239 CIV (RRB)
Page 2 of 2