

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RIGHT TO LIFE POLITICAL ACTION COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JEFFREY FELDMAN, et al., <br><br> Defendants. | Case No. A04-0239 CV (RRB) <br><br> **ORDER RE MOTION FOR STAY OF JUDGMENT IN FAVOR OF VAN GOOR AND REQUEST FOR WAIVER OR REDUCTION OF SUPERSEDEAS BOND** |

Before the Court are Plaintiffs Alaska Right to Life Political Action Committee, et al. ("Plaintiffs") with a Motion for Stay of Judgment in Favor of Defendant Steve Van Goor and Request for Wavier or Reduction of Supersedeas Bond (Docket No. 84). Plaintiffs request the Court:

> "[W]aive the requirement that they file a full supersedeas bond in this matter and grant a stay of its judgment of August 8, 2005, as amended by its Order of September 20, 2005. In the alternative, Plaintiffs pray this Court to allow them to deposit a smaller amount in the Register Account pursuant to Local Rules 67.1 and 67.2 rather than require them to purchase a supersedeas bond."

ORDER RE MOTION FOR STAY AND REQUEST FOR WAIVER - 1
A04-0239 CV (RRB)



Clerk's Docket No. 84 at 6-7. In response, Defendants Jeffrey Feldman, et al. ("Defendants") filed a Limited Opposition to Plaintiffs' Motion for Stay of Judgment in Favor of Defendant Steve Van Goor (Docket No. 85), wherein Defendants "do not oppose Plaintiffs' request for leave to deposit funds sufficient to pay the judgment in the Court's registry pending the outcome of the appeal." Clerk's Docket No. 85 at 2. "In order to cover the interest and costs that may accrue on appeal, [Defendants suggest] the amount of the deposit should be $11,000." Id.

Having thoroughly reviewed the matter, Plaintiffs' Motion for Stay of Judgment (Docket No. 84) shall be **GRANTED** once Plaintiffs: (1) deposit $10,000 in the Court's registry pending the outcome of the appeal, pursuant to D. Ak. LR 67.1 and D. Ak. LR 67.2; or (2) obtain a supersedeas bond.

ENTERED this 28 day of December, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE