**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 ALASKA RIGHT TO LIFE, et al.     v.    JEFFREY M. FELDMAN, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                    CASE NO.  A04-0239 CV (RRB)

 John W. Erickson, Jr.                                DATE: March 9, 2006

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
                RE PLAINTIFFS' REQUEST FOR STAY OF JUDGMENT**

        In its Order Re Motion for Stay of Judgment in Favor of Van Goor and Request for Wavier or Reduction of Supersedeas Bond (Docket No. 87), dated December 28, 2005, the Court advised as follows:

> Having thoroughly reviewed the matter, Plaintiffs' Motion for Stay of Judgment (Docket No. 84) shall be **GRANTED** once Plaintiffs: (1) deposit $10,000 in the Court's registry pending the outcome of the appeal, pursuant to D. Ak. LR 67.1 and D. Ak. LR 67.2; or (2) obtain a supersedeas bond.

        As of this date, Plaintiffs' Motion for Stay of Judgment In Favor of Defendant Steve Van Goor and Request for Waiver or Reduction of Supersedeas Bond (Docket No. 84) remains unresolved.  Indeed, the Court has not been informed, by either of the parties, as to whether Plaintiffs: (1) deposited $10,000 in the Court's registry pending the outcome of the appeal, pursuant to D. Ak. LR 67.1 and D. Ak. LR 67.2; or (2) obtained a supersedeas bond.  Consequently, Plaintiffs shall have until **Friday, March 17, 2006**, to further inform the Court re the same.  Should Plaintiffs reveal that they have done neither of the aforesaid actions, Plaintiffs' Motion at Docket No. 84 will be **DENIED** and the matter will proceed forward in due course.

ORDER RE PLAINTIFFS' REQUEST FOR STAY OF JUDGMENT