Will Sherman, ABA # 0205014
645 G Street, Suite 100 #856
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
*Local Counsel for Plaintiffs*

James Bopp, Jr.
Thomas Marzen
Anita Y. Woudenberg
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Ph: (812) 232-2434
Fx: (812) 235-3685
*Lead Counsel for the Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ALASKA RIGHT TO LIFE POLITICAL ACTION COMMITTEE and MICHAEL W. MILLER,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. A04-0239 CV (RRB) |
| **JEFFREY M. FELDMAN**, *et al.,* ) ) | |
| Defendants. ) | |

**RESPONSE TO COURT'S MINUTE ORDER OF MARCH 9, 2006**

Plaintiffs Alaska Right to Life Political Action Committee and Michael W. Miller, by counsel, hereby tender their response to the Court's Minute Order of March 9, 2006.

On March 9, 2006, this Court issued a Minute Order giving Plaintiffs until Friday, March 17, 2006, to inform the Court whether they had deposited $10,000 in the Court's registry pending the outcome of the appeal or had obtained a supersedeas bond. Simultaneously with the filing of

this document, Plaintiffs are tendering their "Certificate of Cash Deposit" and $10,000 with the Clerk to conform to this Court's Order. Thus, the conditions of the previously granted Stay will have been met and the Stay should remain in place.

Dated: March 17, 2006                                                            Respectfully Submitted,

|  |  |
|---|---|
|  | s/ Will Sherman, ABA # 0205014 |
| James Bopp, Jr. | 645 G Street, Suite 100 #856 |
| Thomas Marzen | Anchorage, AK 99501 |
| Anita Y. Woudenberg | Tel: (907) 277-1966 |
| BOPP, COLESON & BOSTROM | Fax: (866) 398-3561 |
| 1 South 6th Street | *Local Counsel for Plaintiffs* |
| Terre Haute, IN 47807 |  |
| Ph: (812) 232-2434 |  |
| Fx: (812) 235-3685 |  |
| *Lead Counsel for the Plaintiffs* |  |

**Response to**
**Minute Order**

**CERTIFICATE OF SERVICE**

      I certify that an electronic copy of the foregoing document has been served on March 17, 2006, on the following:

Jan Hart DeYoung
Assistant Attorney General
Office of the Attorney General
1031 W 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-6612
Fax: (907) 258-4978
jan_deyoung@law.state.ak.us

Neil T. O'Donnell
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082

                    s/ Will Sherman