Will Sherman, ABA # 0205014
645 G Street, Suite 100 #856
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
*Local Counsel for Plaintiffs*

James Bopp, Jr.
Thomas Marzen
Anita Y. Woudenberg
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Ph: (812) 232-2434
Fx: (812) 235-3685
*Lead Counsel for the Plaintiffs*

RECEIVED
MAR 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RIGHT TO LIFE POLITICAL ACTION COMMITTEE and MICHAEL W. MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY M. FELDMAN, *et al.*, <br><br> Defendants. | Case No. A04-0239 CV (RRB) |

### CERTIFICATE OF CASH DEPOSIT

Pursuant to D. Ak. LR 67.1, Plaintiffs Alaska Right to Life Political Action Committee and Michael W. Miller, by counsel, hereby tender their Cash Deposit:

1. The amount being deposited is $10,000.

2. The cash is being tendered on behalf of Alaska Right to Life Political Action

Committee and Michael W. Miller.

3. These funds are being deposited in lieu of a supersedeas bond pending the outcome of the appeal in this matter.

4. The cash is being tendered pursuant to Judge Beistline's Order in the above referenced matter, dated December 28, 2005.

5. This deposit is intended to serve as security for appeal of the award of attorneys' fees and expenses to Defendant Van Goor. Should Defendant Van Goor's award be upheld on appeal, the funds will be used to pay the judgment. However, should Plaintiffs Alaska Right to Life Political Action Committee and Michael W. Miller win on appeal, the funds will be returned to their counsel.

6. The legal owner of the funds is James Bopp, Jr., Bopp, Coleson & Bostrom, 1 South 6th Street, Terre Haute, Indiana 47807 and any refunds, if applicable, should be made to him.

THE DEPOSITOR ACKNOWLEDGES THE CONDITIONS OF THE DEPOSIT OUTLINED IN PARAGRAPH 5 ABOVE.

Dated: March 17, 2006

Respectfully Submitted,

*[signature]*

James Bopp, Jr.
Thomas Marzen
Anita Y. Woudenberg
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Ph: (812) 232-2434
Fx: (812) 235-3685
*Lead Counsel for the Plaintiffs*

Will Sherman, ABA # 0205014
645 G Street, Suite 100 #856
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
*Local Counsel for Plaintiffs*

**CERTIFICATE OF CASH DEPOSIT**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on March 17, 2006, by U.S. First Class Mail on the following:

Jan Hart DeYoung
Assistant Attorney General
Office of the Attorney General
1031 W 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-6612
Fax: (907) 258-4978
jan_deyoung@law.state.ak.us

Neil T. O'Donnell
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082

_____
Will Sherman

## RECEIPT

Cash as identified herein is hereby acknowledged as being received this date.

Dated: 2-17-06         CLERK, U.S. District Court

                       By _____
                              Deputy Clerk

**CERTIFICATE OF
CASH DEPOSIT**