```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       # 00127843 - SF
         March 17, 2006

   Code    Case #    Qty      Amount

   6855XX-D 04-239cv          10,000.00 CK


   TOTAL→         10,000.00


   FROM: WILL SHERMAN
         CERTIFICATE OF CASH DEPOSIT
         A04-0239CV RRB
```