UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: July 3, 2007

To:  
    U.S. Courthouse  
    125 South Grand Ave., Suite 204  
    Pasadena, CA  91105  

ATTN: ( ) CIVIL

( ) CRIMINAL

(X) JUDGE

From:  United States District Court  
       Clerk's Office  
       ATTN: Robin M. Carter  
       222 W. 7th Ave., #4  
       Anchorage, AK  99513  

DC No: 3:04-cv-00239-RRB             Appeal No: 05-35902

Short title: Alaska Right to Life vs. Feldman

Composition of Record

Clerk's Files in 4 volumes   (X) original    ( ) certified copy

    Bulky docs. ____ volumes, docket # _____  
                                       (folders)

Reporter's in 1 volumes    (X) original    ( ) certified copy  
Transcripts

Exhibits:   in _____ envelopes  ( ) under seal

         in _____ boxes      ( ) under seal

Other: Volumes 1-4 dkts 1 through 86; one volume of transcripts, dkt 40 in expando folder. Dkts 87 to current are available electronically.

(please note any documents filed under seal)

Acknowledgement: _____    Date: _____

"record.app" [11/21/97]