Will Sherman, ABA # 0205014
645 G Street, Suite 100 #856
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
*Local Counsel for Plaintiffs*

James Bopp, Jr.
Anita Y. Woudenberg
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Ph: (812) 232-2434
Fx: (812) 235-3685
*Lead Counsel for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| ALASKA RIGHT TO LIFE POLITICAL ACTION COMMITTEE and MICHAEL W. MILLER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. A04-0239 CV (RRB) |
| JEFFREY M. FELDMAN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**MOTION TO RELEASE FUNDS**

Plaintiffs Alaska Right to Life Political Action Committee and Michael W. Miller, pursuant to Fed. R. Civ. P. 67 and 28 U.S.C. § 2042, move the Court to release the funds being held in this matter in the Court's Registry Account and distribute those funds to the rightful owners. In support

**MOTION TO
RELEASE FUNDS**

of this motion, Plaintiffs state as follows:

On September 20, 2005, the Court entered an Order Awarding Partial Costs and Fees in the amount of $8,794.87 to Defendant Van Goor and amended its August 8, 2005, Final Judgment accordingly. After the parties filed their notices of appeal, Plaintiffs moved for a stay of the judgment pending the outcome of that appeal. On December 28, 2005, the Court granted the motion for stay on the condition that Plaintiffs either deposit $10,000 into the Court's registry account or purchase a supersedeas bond.

On March 9, 2006, this Court issued a Minute Order giving Plaintiffs until Friday, March 17, 2006, to inform the Court whether they had deposited $10,000 in the Court's registry pending the outcome of the appeal or had obtained a supersedeas bond. On Friday, March 17, 2006, Plaintiffs deposited $10,000 into the Court's registry account and notified the Court of the same. (Docket nos. 89 and 90.) The matter was then stayed pending appeal.

On September 21, 2007, the Ninth Circuit Court of Appeals, affirmed the award of attorney fees and costs to Van Goor. On October 1, 2007, Van Goor filed his bill of costs with the Ninth Circuit requesting $73.70 as costs for the appeal.[1] (Exhibit A.) On October 5, 2007, Plaintiffs filed a petition for rehearing and petition for rehearing en banc but did not ask the Ninth Circuit to reconsider the award of attorneys' fees and expenses to Van Goor.

Pursuant to 28 U.S.C. § 1961, interest accrues on money judgments "from the date of the entry of judgment, at a rate equal to the average 1-year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve for the calendar week preceding the date of the

---

[1] Although the Ninth Circuit has not yet taxed these costs, Plaintiffs do not object to them as they are reasonable under the rule.

**MOTION TO
RELEASE FUNDS**                                    2

judgment." Interest is calculated to the date of payment and compounded annually. Pursuant to the Board of Governors of the Federal Reserve, the rate on the 1-year constant maturity treasury yield was 3.82 for the week ending Sept. 16, 2005. (Exhibit B.) Thus, as of November 21, 2007, Plaintiffs will owe Van Goor $9,541.01 (the amount of the original judgment plus interest) plus $73.70 (costs on appeal) for a total of $9,614.71. The amount was calculated as follows:

| | |
|---|---|
| Beginning amount as of 9/20/05 | $8,794.87 |
| Interest year 1 (9/20/05 - 9/19/06)[2] | $  335.96 |
| Balance after year 1 | $9,130.83 |
| | |
| Interest year 2 (9/20/06 - 9/19/07)[3] | $  348.80 |
| Balance after year 2 | $9,479.63 |
| | |
| Interest partial year 3 (9/20/07 - 11/21/07)[4] | $   61.38 |
| Balance through 11/21/07 | $9,541.01 |
| | |
| Costs on Appeal | $    73.70 |
| | |
| **TOTAL DUE VAN GOOR AS OF 11/21/07** | **$9,614.71** |

The remaining balance in the account, $385.29 should be returned to Plaintiff's counsel, James Bopp, Jr.

On November 13, 2007, Counsel for Plaintiffs spoke with Neil O'Donnell, Counsel for Defendant Van Goor and he has no objection to this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for release of funds and order that the Clerk release $9,614.71 to Defendant Steve Van Goor and $385.29 (plus

---

[2]Interest rate of .0382.

[3]Interest rate of .0382 compounded after the first year.

[4]Interest rate of .0382 compounded after the second year for 62 days at $.99 per day.

**MOTION TO
RELEASE FUNDS**                                      3

any accrued interest) to Plaintiff's counsel, James Bopp, Jr., before November 21, 2007.

Dated: November 13, 2007

Respectfully Submitted,

_____
Will Sherman, ABA # 0205014
645 G Street, Suite 100 #856
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
*Local Counsel for Plaintiffs*

James Bopp, Jr.
Anita Y. Woudenberg
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Ph: (812) 232-2434
Fx: (812) 235-3685
*Lead Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on November 13, 2007, by ~~U.S. First Class Mail~~ ECM on the following:

Jan Hart DeYoung
Assistant Attorney General
Office of the Attorney General
1031 W 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-6612
Fax: (907) 258-4978
jan_deyoung@law.state.ak.us

Neil T. O'Donnell
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082

_____
Will Sherman