Will Sherman, ABA # 0205014
1042 H Street
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
*Local Counsel for Plaintiffs*

James Bopp, Jr.
Anita Y. Woudenberg
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Ph: (812) 232-2434
Fx: (812) 235-368
*Lead Counsel for the Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_____

|  |  |
|---|---|
| **ALASKA RIGHT TO LIFE PAC** and **MICHAEL W. MILLER,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. A04-239-CIV (RRB) |
| **JEFFREY M. FELDMAN**, *et al.*, | ) ) ) |
| Defendants. | ) ) |

_____

### ORDER GRANTING PLAINTIFFS' MOTION TO RELEASE FUNDS

Upon review of the Plaintiffs' Motion to Release Funds, said motion is hereby **GRANTED**. The Clerk is ordered to release the funds held on Plaintiffs' behalf in the Court's registry account as follows:

| | |
|---|---|
| To Defendant Steve Van Goor<br>C/O Neil T. O'Donnell<br>Atkinson, Conway & Gagnon<br>420 L. Street, Suite 500<br>Anchorage, AK 99501-1989 | $9,614.71 |
| To Plaintiffs' Counsel, James Bopp, Jr.<br>Bopp, Coleson & Bostrom<br>1 South 6th Street<br>Terre Haute, IN 47807 | $ 385.29 plus any accrued interest. |
| TOTAL disbursement | $10,000.00 plus any accrued interest paid to Plaintiffs' counsel. |

All such funds should be disbursed on or before November 21, 2007.

**SO ORDERED**, this _____ day of November, 2007.

_____
Judge Ralph R. Beistline, Judge
United States District Court
District of Alaska