


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

December 24, 2007

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513



RECEIVED
JAN 02 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-35902 | Alaska Right to Life v. Feldman | CV-04-00239-A-RRB |
| 05-36027 | Alaska Right to Life v. Feldman | CV-04-00239-A-RRB |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court. Costs taxed.*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

Signature Redacted

By: Howard Hom
Deputy Clerk

Enclosure(s)
cc: All Counsel