UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA RIGHT TO LIFE COMMITTEE; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>JEFFREY M. FELDMAN; et al.,<br><br>    Defendants - Appellants,<br><br>STEVE VAN GOOR,<br><br>    Defendant - Appellee. | No. 05-35902<br>D.C. No. CV-04-00239-A-RRB<br><br>**JUDGMENT**<br><br>RECEIVED<br>JAN 02 2008<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, A.K. |
| ALASKA RIGHT TO LIFE POLITICAL ACTION COMMITTEE; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JEFFREY M. FELDMAN; et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>MARK WOELBER; et al.,<br><br>    Defendants. | No. 05-36027<br>D.C. No. CV-04-00239-RRB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED and REMAND IN PART; AFFIRMED IN PART.** Costs taxed.

Filed and entered September 21, 2007

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 2 4 2007

Signature Redacted
Deputy Clerk